| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sevan Gorginian, Esq. (SBN 298986)<br>Law Office of Sevan Gorginian<br>450 N. Brand Blvd. Suite 600<br>Glendale, CA 91203<br>T: 818-928-4445 I F: 818-928-4450<br>sevan@gorginianlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>MIHRAN KEVORK KEBABJIAN<br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-19523-VZ<br>CHAPTER 13<br><br>**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>[No Hearing Required] |
|---|---|

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and LBR 3015-1(q)(1):

1. ☒ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

   **OR**

   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter ___ and was converted to a case under chapter 13 on _____.

2. ☐ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

   **OR**

   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012     Page 1     **F 3015-1.18.DEBTOR.MOTION.DISMISS**

Filing Date: _____
Movant: _____
Personal or Real Property: _____
_____
_____

Status: ☐ Pending    ☐ Resolved    ☐ Withdrawn/Denied
*(Please attach additional pages if needed.)*

3. ☒ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   **OR**

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:
   _____
   _____

   *(Please attach additional pages if needed.)*

4. Debtor seeks dismissal of this case for the following reasons:
   Debtor, his son and the family automotive business were involved in a civil case which resulted in a substantial judgment against the debtor and other parties. The parties entered into a settlement and resolved their differences. Debtor's son and the business (not the debtor per se) resolved a payment plan to pay the judgment creditor as part of the settlement. A Chapter 13 reorganization is therefore no longer necessary for the debtor. Debtor is 71 years old and practically retired. Debtor appreciates the protections and opportunities in this pending case under the Bankruptcy Code, but such reorganization is no longer necessary and therefore requests a dismissal.
   *(Please attach additional pages if needed.)*
   In addition, debtor was having difficulty making his plan payments which recently caused the Chapter 13 Trustee to file a Motion to Dismiss [Dkt. 40] on March 12, 2020.

Date: 03/12/2020    /s/ Sevan Gorginian, Esq.
                    Attorney for Debtor

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 03/12/2020    X _____
                    Debtor

Date: _____    _____
                         Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 3015-1.18.DEBTOR.MOTION.DISMISS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
450 North Brand Boulevard, Suite 600, Glendale, California 91203

A true and correct copy of the foregoing document entitled: **REQUEST FOR DISMISSAL**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/12/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **Nancy K Curry (TR)**
> TrusteeECFMail@gmail.com
> **Sevan Gorginian on behalf of Debtor Mihran Kevork Kebabjian**
> sevan@gorginianlaw.com, notices@nextchapterbk.com;serj@gorginianlaw.com
> **Ketan G Sawarkar on behalf of Creditor BMW Bank of North America, c/o AIS Portfolio Services, LP**
> ketan.sawarkar@americaninfosource.com
> **Valerie Smith on behalf of Interested Party Courtesy NEF**
> claims@recoverycorp.com
> **United States Trustee (LA)**
> ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/12/2020 | Sevan Gorginian | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |