FORM CACB van154–od13vdr
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Mihran Kevork Kebabjian

**BANKRUPTCY NO.** 2:19–bk–19523–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–5124
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 3/16/20

**Address:**
3673 E. Del Mar Boulevard
Pasadena, CA 91107

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and
(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: March 16, 2020

BY THE COURT,

**Vincent P. Zurzolo**
United States Bankruptcy Judge

Form van154–od13vd Rev. 06/2017

**42 / SC**